1  PHILLIP A. TALBERT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              No. 2:23-cv-1678 DB

12            Plaintiff,

13       v.                               ORDER FOR PUBLICATION

14  2021 CADILLAC ESCALADE 600, VIN:
    1GYS4BKL6MR219654, LICENSE
15  NUMBER: 8WAE131,

16            Defendant.

17

18       Pursuant to the Application for Publication filed herein, it is hereby ORDERED, ADJUDGED,

19  AND DECREED as follows:

20       1.      That publication be made as follows:

21            a.      One publication;

22            b.      Thirty (30) consecutive days;

23            c.      On the official internet government forfeiture site www.forfeiture.gov;

24            d.      The publication is to include the following:

25                 (1)     The Court and case number of the action;

26                 (2)     The date of the seizure/posting;

27                 (3)     The identity and/or description of the property seized/posted;

28                 (4)     The name and address of the attorney for the United States;

                                            1

1            (5)     A statement that claims of persons entitled to possession or claiming an

2   interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for

3   the United States no later than 60 days after the first day of publication on the official internet

4   government forfeiture site; and

5            (6)     A statement that answers to the Complaint or a motion under Rule 12 of the

6   Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 21 days after the

7   filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

8       IT IS SO ORDERED.

9   Dated:  August 23, 2023

10

11

12   DEBORAH BARNES
     UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26   DLB:6
     DB\orders\orders.civil\USv2021cadillac1678.app.pub.ord

27

28

Order for Publication