PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>2021 CADILLAC ESCALADE 600, VIN: 1GYS4BKL6MR219654, LICENSE NUMBER: 8WAE131,<br><br>Defendant. | No. 2:23-cv-1678 DB<br><br>STIPULATION TO STAY FURTHER PROCEEDINGS AND ORDER |

The United States and claimant Karina Vaca, by and through their respective counsel, hereby stipulate and request that the Court enter an order staying all further proceedings until the resolution of the companion criminal case, *United States v. Felix Ortiz Plata*, Case No. 2:22-CR-00250-TLN.

1. This is a forfeiture *in rem* action against a 2021 Cadillac Escalade 600, VIN: 1GYS4BKL6MR219654, License Number: 8WAE131 (the "defendant vehicle") pursuant to 21 U.S.C. §§ 881(a)(4) and 881(a)(6) because of its involvement in alleged violations of federal drug laws. Karina Vaca filed a claim asserting an ownership interest in the defendant vehicle.

2. The parties jointly request the matter be stayed pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2), and 21 U.S.C. § 881(i). The United States contends that the defendant vehicle was used and intended to be used to commit or facilitate violations of federal drug laws and represents proceeds traceable to violations of 21 U.S.C. §§ 841 *et seq*. Claimant denies these allegations.

3. To date, Felix Ortiz Plata ("Plata") has been charged with federal crimes related to a series of controlled drug buys that led to the discovery of 58.1 kilograms of crystal methamphetamine in the defendant vehicle and 1,448 gross grams of crystal methamphetamine, approximately 396 gross grams of cocaine, and five guns inside Plata's apartment, *United States v. Felix Ortiz Plata*, Case No. 2:22-CR-00250-TLN. The United States believes the statute of limitations has not expired on potential criminal charges relating to the drug trafficking involving the defendant vehicle. Nevertheless, the United States intends to depose claimant (and others) regarding her ownership of the defendant vehicle, as well as her knowledge and participation in Plata's alleged drug dealing activities involving the defendant vehicle. If discovery proceeds at this time, claimant will be placed in the difficult position of either invoking her Fifth Amendment right against self-incrimination and losing the ability to pursue her claim to the defendant vehicle or waiving her Fifth Amendment right and submitting to a deposition and potentially incriminating herself. If she invokes her Fifth Amendment right, the United States will be deprived of the ability to explore the factual basis for the claim she filed with this Court.

4. In addition, claimant intends to depose, among others, the agents involved with this investigation, including but not limited to, the agents with the Drug Enforcement Administration ("DEA"). Allowing depositions of the law enforcement officers at this time would adversely impact the federal prosecution and ongoing investigation.

5. For these reasons, the parties jointly request that these matters be stayed until the conclusion of the related criminal case. At that time the parties will advise the Court of the status of the criminal investigation, if any, and will advise the Court whether a further stay is necessary.

6. An Answer to the Complaint shall be filed within thirty days from the conclusion of the companion criminal case.

Dated: 5/15/2024                                    PHILLIP A. TALBERT
                                                    United States Attorney

                                         By:   /s/ Kevin C. Khasigian
                                               KEVIN C. KHASIGIAN
                                               Assistant U.S. Attorney

Dated: 5/15/2024                               /s/ Michael Severo
                                               MICHAEL SEVERO
                                               Attorney for claimant Karina Vaca

**ORDER**

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. § 881(i) until the resolution of companion criminal case.  The parties shall file a joint status report within thirty days of the conclusion of the parallel criminal case, or as the Court deems appropriate.  An Answer to the Complaint shall be filed within thirty days from the conclusion of the parallel criminal case.

IT IS SO ORDERED.

DATED:  May 16, 2024                    /s/ DEBORAH BARNES
                                         UNITED STATES MAGISTRATE JUDGE